UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FIREFIGHTERS' RETIREMENT SYSTEM

VERSUS

REGIONS BANK, ET AL

CIVIL ACTION

NO. 08-429-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 10, 2008. Defendants' have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand or to abstain filed by plaintiff, Firefighters' Retirement Systems, is granted and this matter will be remanded to the 19th Judicial District Court, Parish of East Baton rouge, for further proceedings.

Baton Rouge, Louisiana, October 21, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA