UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FIREFIGHTERS' RETIREMENT SYSTEM

VERSUS

REGIONS BANK, ET AL

CIVIL ACTION

NO. 08-429-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the motion to remand or to abstain filed by plaintiff, Firefighters' Retirement Systems, is granted and this matter is remanded to the 19th Judicial District Court, Parish of East Baton rouge, for further proceedings.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, October 21, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

19th JDC - certified